SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6813
   Facsimile:  (415) 436-6748
   Email:  andrew.cheng@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLEN FARON and NANCY FARON,<br>            Plaintiff,<br><br>   v.<br><br>ST. JOSEPH HOSPITAL; ST. JOSEPH HEALTH SYSTEM; KEVIN MOLANDER, M.D.; JOHN KELSEY, M.D.; RONALD CORDOVA, M.D.; UNITED STATES OF AMERICA, DOES 1 through 25, 27-50, Inclusive,<br><br>            Defendants. | NO.  C 07-5602 EDL<br><br>**PROOF OF SERVICE** |

     The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on November 5, 2007 she caused a copy of:

        Notice Of Removal filed November 5, 2007;

        Order Setting Initial Case Management Conference and ADR Deadlines filed November 5, 2007; Standing Order for Magistrate Judge Elizabeth D. Laporte; Standing Order Re Case Management Conference; Standing Order For All Judges of the Northern District of California;

PROOF OF SERVICE
Faron et al. v. St. Joseph et al.
C 07-5602 EDL                  1

1
2
      Notice of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination to Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;

3
4
      ECF Registration Information Handout;

5
      Welcome To The U.S. District Court, San Francisco; and

6
      Proof of Service

7
8
to be served upon the persons at the places and addresses stated below, which are the last known addresses:

9
      **See Service List.**

10
11
    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12
    Executed this <u>5th</u> day of November 2007 at San Francisco, California.

13
14
15
                                        /s/
                              ELSIE SATO
                              Paralegal Specialist

16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE
<u>Faron et al. v. St. Joseph et al.</u>
C 07-5602 EDL                       2

**SERVICE LIST**

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Fabrice N. Vincent<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery St., 30th Floor<br>San Francisco, California 94111-3339<br>Tel. 415.956.1000 | G. Patrick Galloway<br>Joseph E. Finkel<br>Galloway, Lucchese, Everson & Picchi<br>1676 North California Blvd., Suite 500<br>Walnut Creek, California 94596-4183<br>Tel. 925.930.9090<br>Attorneys for Defendants Ronald Cordova, M.D., John Kelsey, M.D., and Kevin Molander, M.D. |
|  | Nancy K. Delaney<br>Mitchell, Brisso, Delaney & Vrieze<br>814 Seventh Street<br>P.O. Drawer 1008<br>Eureka, California 95502<br>Tel. 707.443.5643<br>Attorneys for Defendant St. Joseph Health System of Eureka |
|  | John P. Phillips<br>Jason Sonoda<br>Paul, Hastings, Janofsky & Walker LLP<br>55 Second Street - 24th Floor<br>San Francisco, California 94015-3441<br>Tel. 415.856.7000<br>Attorneys for St. Joseph Health System |
|  | Peter M. Stone<br>Paul, Hastings, Janofsky & Walker, LLP<br>695 Town Center Dr., 17th Flr.<br>Costa Mesa, CA 02626-1924<br>Tel. 714.668.6200<br>Attorneys for St. Joseph Health System |

PROOF OF SERVICE
<u>Faron et al. v. St. Joseph et al.</u>
C 07-5602 EDL                    3