SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:  (415) 436-6748
    Email:  andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLEN AND NANCY FARON, | No. C 06-6662 SBA |
| | No. C 07-5602 EDL |
| Plaintiffs, | |
| v. | **ADMINISTRATIVE MOTION TO RELATE CASES AND [PROPOSED] ORDER** |
| ST. JOSEPH HEALTH SYSTEM, UNITED STATES OF AMERICA, ET AL. | |
| Defendant. | |

    On October 26, 2006, the United States of America ("Federal Defendant") removed the case of *Allen and Nancy Faron v. St. Joseph Hospital of Eureka, et al.*, to federal court. The case was docketed as C 06-6662 SBA.

    On November 28, 2006, plaintiffs voluntarily dismissed the Federal Defendant. On December 14, 2006, Judge Armstrong signed the stipulation and ordered the case remanded to Humboldt Superior Court.

    On October 22, 2007, plaintiffs named the Federal Defendant as an additional Doe defendant in the state court action. The Federal Defendant once again removed the case on November 5, 2007. The case was docketed as C 07-5602 EDL.

///

///

1  The Federal Defendant respectfully requests the Court to relate the two cases and assign
2  the newly filed action to Judge Armstrong, who had the earlier filed action.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: November 6, 2007 | _____/s/_____<br>ANDREW Y.S. CHENG<br>Assistant United States Attorney |

**ORDER**

The Court, having considered the Federal Defendant's Administrative Motion to Relate Cases, hereby orders that the cases are deemed related. The new case shall be captioned – *Faron et al., v. St. Joseph Hospital, et al.*, C 07-5602 SBA – and assigned for all purposed to Judge Armstrong.

DATED:_____    _____

SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT COURT JUDGE