JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:      andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ALLEN AND NANCY FARON, | ) | No. C 07-5602 SBA |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **FEDERAL DEFENDANT'S ANSWER** |
| v. | ) | **TO FIRST AMENDED COMPLAINT** |
| | ) | |
| ST. JOSEPH HEALTH SYSTEM, UNITED | ) | |
| STATES OF AMERICA, ET AL. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

For its Answer to Plaintiff's Complaint, Defendant UNITED STATES OF AMERICA admits, denies, and alleges as follows:

1.     Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

2.     Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

3.     Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph..

4.     Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

///

///

5.      Defendant denies the allegations of this paragraph.

6.      Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

7.      Defendant denies the allegations of this paragraph.

8.      Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

9.      Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

10.      Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

11.      Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

12.      Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

13.      Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

14.      Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

15.      This paragraph contains legal conclusions to which no answer is required.

16.      Defendant admits the allegations of this paragraph.

17.      Defendant admits the allegations of this paragraph.

18.      Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

19.      Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

20.      Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

21.      Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

22. Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

23. Defendant denies the allegations of this paragraph.

24. Defendant denies the allegations of this paragraph.

25. Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

26. Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

27. Defendant denies the allegation of this paragraph.

28. Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

29. Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

30. Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

31. Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

32. Defendant denies the allegations of this paragraph.

33. Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

34. Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

35. Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

## FIRST CAUSE OF ACTION

### Medical Negligence

36. Defendant incorporates its responses to paragraphs 1 through 35 above, and incorporates each response therein as though fully set forth herein.

37.     Defendant denies the allegations of this paragraph.

38.     Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

39.     Defendant denies the allegations of this paragraph.

40.     Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

41.     Defendant denies the allegations of this paragraph.

42.     Defendant lacks sufficient information to admit or deny the allegations of this paragraph and on that basis denies the allegations of this paragraph.

43.     Defendant denies the allegations of this paragraph.

## SECOND CAUSE OF ACTION

### Negligent Hiring and Supervision

44.     Defendant incorporates its responses to paragraphs 1 through 43 above, and incorporates each response therein as though fully set forth herein.

45.     Defendant denies the allegations of this paragraph.

46.     Defendant denies the allegations of this paragraph.


## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

This Court is without subject matter jurisdiction over plaintiff's claims.

### SECOND AFFIRMATIVE DEFENSE

As to Defendant United States of America, any recovery by plaintiff is subject to the availability of appropriated funds.  42 U.S.C. § 233(k).

### THIRD AFFIRMATIVE DEFENSE

The complaint and each claim asserted therein fail to state a cause of action upon which relief can be granted.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate his damages, if any, and any recovery or award should be reduced accordingly.

1

### FIFTH AFFIRMATIVE DEFENSE

2

Plaintiff may recover only those damages allowed under the law.

3

### SIXTH AFFIRMATIVE DEFENSE

4

Plaintiff's recovery, if any, is barred by the doctrine of unclean hands, laches, and

5

estoppel.

6

### SEVENTH AFFIRMATIVE DEFENSE

7

Some or all of Plaintiff's claims are barred by the applicable statute of limitations.

8

### EIGHTH AFFIRMATIVE DEFENSE

9

Defendant is entitled to absolute, sovereign, and/or qualified immunity.

10

### NINTH AFFIRMATIVE DEFENSE

11

Plaintiff's alleged injuries, if any, were proximately caused by plaintiff's own negligent or

12

otherwise wrongful conduct, or the negligence and wrongful conduct of Nancy Faron.

13

### TENTH AFFIRMATIVE DEFENSE

14

The United States of America, through its employees, exercised due care and diligence in

15

all matters relevant to the subject matter of plaintiff's complaint.

16

### ELEVENTH AFFIRMATIVE DEFENSE

17

Plaintiff's alleged injuries, if any, were not proximately caused by any negligent or

otherwise wrongful act or omission of any employee of the United States.

18

### TWELFTH AFFIRMATIVE DEFENSE

19

Plaintiff's alleged injuries were proximately caused by the intervening or superceding acts

20

of someone other than an employee of the United States acting within the scope of his

21

employment.

22

### THIRTEENTH AFFIRMATIVE DEFENSE

23

Any recovery or other award made against the United States herein must be reduced by

24

the percentage of fault of the plaintiff and/or other third party, and any recovery or other award

25

made against the United States herein for non-economic damages must be limited to the

26

percentage of fault, if any, of the United States.

### FOURTEENTH AFFIRMATIVE DEFENSE

27

Pursuant to 28 U.S.C. § 2675, Plaintiffs are prohibited from claiming or recovering an

28

1    amount against the United States in excess of that which was set forth in any claim presented to

2    the United States.

3                           **FIFTEENTH AFFIRMATIVE DEFENSE**

4            Under 28 U.S.C. § 2674, plaintiff is barred from recovering civil penalties, treble

5    damages, or punitive damages.

6                           **SIXTEENTH AFFIRMATIVE DEFENSE**

7            The United States is entitled to sovereign immunity as to plaintiff's state law claims.

8                         **SEVENTEENTH AFFIRMATIVE DEFENSE**

9            Plaintiff's complaint is barred by the discretionary function exception to the Federal Tort

10   Claims Act.

11                         **EIGHTEENTH AFFIRMATIVE DEFENSE**

12           Defendants are entitled to an offset from any settlement or judgment obtained in the

13   Arizona malpractice action filed by plaintiffs.

14                          **NINETEENTH AFFIRMATIVE DEFENSE**

15           Plaintiffs' claims are subject to the cap of MICRA.

16                           **TWENTIETH AFFIRMATIVE DEFENSE**

17           As to Defendant United States of America, plaintiff has no right to a jury trial.  28 U.S.C.

18   § 2402.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

FEDERAL DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT, C 07-5602 SBA            6

1

2                                    **PRAYER FOR RELIEF**

3          WHEREFORE, Defendant requests that the Court enter judgment in favor of the Federal

4   Defendant, that the Complaint be dismissed, and that the Federal Defendant is granted such other

5   and further relief as the Court may deem just and proper, including recovery of all costs of suit

6   and appropriate fees.

7

8                                                    Respectfully submitted,

9
                                                     JOSEPH P. RUSSONIELLO
10                                                   United States Attorney

11
    Dated: February 15, 2008                         _____/s/_____
12                                                   ANDREW Y.S. CHENG
13                                                   Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28