PAUL, HASTINGS, JANOFSKY & WALKER LLP
John P. Phillips (State Bar No. 154412)
Jason K. Sonoda (State Bar No. 248105)
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for St. Joseph Health System
ST. JOSEPH HEALTH SYSTEM

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLEN FARON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ST. JOSEPH HOSPITAL; ST. JOSEPH HEALTH SYSTEM; KEVIN MOLANDER, M.D.; JOHN KELSEY, M.D.; RONALD CORDOVA, M.D.; and UNITED STATES OF AMERICA, inclusive,<br><br>　　　　　St. Joseph Health System. | CASE NO. CGC-07-5602 SBA (related to C 06-06662 SBA)<br><br>**ANSWER TO FIRST AMENDED CIVIL COMPLAINT FOR DAMAGES** |

St. Joseph Health System, through its attorney of record, hereby answers Plaintiff's First Amended Civil Complaint for Damages (hereinafter "Complaint"). If not expressly admitted, all allegations are denied.

**PRELIMINARY STATEMENT**

On August 16, 2007, St. Joseph Health System filed a motion to bifurcate it from this case and to stay all proceedings against the Health System until after the claims against the remaining defendants are resolved. St. Joseph Health System's motion was based on the vicarious nature of the claims against it, the likelihood that Plaintiff would be made whole by his

claims against the potentially primarily liable parties and the judicial efficiency of determining the liability of the potentially primarily liable parties' before litigating the factually and legally distinct alter ego claims alleged against St. Joseph Health System. That motion was fully briefed and, after argument before the Superior Court, granted. On October 2, 2007, Judge Harold E. Neville, Jr. of the California Superior Court issued an order granting St. Joseph Health System's motion to bifurcate and stay all legal proceedings against St. Joseph Health System "until such time as legal proceedings (including through appeal) have concluded as to Plaintiff's claims against St. Joseph Health Systems St. Joseph Hospital, Kevin Molander, M.D., John Kelsey, M.D., and Ronald Cordova, M.D."

28 U.S.C. §1450 provides, in relevant part, that "[a]ll injunctions, orders, and other proceedings had in such action prior to its removal shall remain in full force and effect until dissolved or modified by the district court." Accordingly, the removal of this case to federal court has no effect on the order bifurcating and staying the claims against St. Joseph Health System. Nevertheless, out of an abundance of caution, and without waiving any of its arguments, objections or affirmative defenses based on prior proceedings, St. Joseph Health System submits this Answer to Plaintiff's Complaint.

## **ANSWER**

### INTRODUCTION

1. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 1 of the Complaint, and accordingly, denies each and every allegation.

2. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 2 of the Complaint, and accordingly, denies each and every allegation.

3. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 3 of the Complaint, and accordingly, denies each and every allegation.

1  4. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 4 of the Complaint, and accordingly, denies each and every allegation.

5. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 5 of the Complaint, and accordingly, denies each and every allegation.

## PARTIES, VENUE AND JURISDICTION

6. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 6 of the Complaint, and accordingly, denies each and every allegation.

7. St. Joseph Health System denies the allegations of Paragraph 7 of the Complaint.

8. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 8 of the Complaint, and accordingly, denies each and every allegation.

9. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 9 of the Complaint, and accordingly, denies each and every allegation.

10. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 10 of the Complaint, and accordingly, denies each and every allegation.

11. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 11, and accordingly, denies each and every allegation.

12. St. Joseph Health System admits that St. Joseph Health System's principal place of business is in Orange County, California. St. Joseph Health System denies the remaining allegations of Paragraph 12 of the Complaint.

13. St. Joseph Health System denies the allegations of Paragraph 13 of the Complaint.

14. St. Joseph Health System admits that venue is proper in this district for this

1   litigation. St. Joseph Health System denies the remaining allegations of Paragraph 14 of the
2   Complaint.

3       15.    Answering Paragraph 15 of the Complaint, St. Joseph Health System admits that
4   venue is proper in this district for this litigation. St. Joseph Health System further admits that the
5   United States of America removed this action from the Humboldt County Superior Court on or
6   about November 5, 2007, pursuant to 28 U.S.C. §§1441, et seq. St. Joseph Health System further
7   admits that original jurisdiction for this action lies in a federal forum under 28 U.S.C. §1331, and
8   the Federal Tort Claims Act, 28 U.S.C. §§1334, 2671, et seq.

9       16.    St. Joseph Health System lacks knowledge and information sufficient to form a
10  belief as to the truth of the allegations of Paragraph 16 of the Complaint, and accordingly, denies
11  each and every allegation.

12      17.    St. Joseph Health System lacks knowledge and information sufficient to form a
13  belief as to the truth of the allegations of Paragraph 17 of the Complaint, and accordingly, denies
14  each and every allegation.

15  **FACTS**

16      18.    St. Joseph Health System lacks knowledge and information sufficient to form a
17  belief as to the truth of the allegations of Paragraph 18 of the Complaint, and accordingly, denies
18  each and every allegation.

19      19.    St. Joseph Health System lacks knowledge and information sufficient to form a
20  belief as to the truth of the allegations of Paragraph 19 of the Complaint, and accordingly, denies
21  each and every allegation.

22      20.    St. Joseph Health System lacks knowledge and information sufficient to form a
23  belief as to the truth of the allegations of Paragraph 20 of the Complaint, and accordingly, denies
24  each and every allegation.

25      21.    St. Joseph Health System lacks knowledge and information sufficient to form a
26  belief as to the truth of the allegations of Paragraph 21 of the Complaint, and accordingly, denies
27  each and every allegation.

28      22.    St. Joseph Health System denies the allegations of Paragraph 22 of the Complaint

as to its own conduct. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 22 of the Complaint, and accordingly, denies each and every allegation.

23. St. Joseph Health System denies the allegations of Paragraph 23 of the Complaint as to its own conduct. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 23 of the Complaint, and accordingly, denies each and every allegation.

24. St. Joseph Health System denies the allegations of Paragraph 24 of the Complaint as to its own conduct. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 24 of the Complaint, and accordingly, denies each and every allegation.

25. St. Joseph Health System denies the allegations of Paragraph 25 of the Complaint as to its own conduct. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 25 of the Complaint, and accordingly, denies each and every allegation.

26. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 26 of the Complaint, and accordingly, denies each and every allegation.

27. St. Joseph Health System denies the allegations of Paragraph 27 of the Complaint as to its own conduct. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 27 of the Complaint, and accordingly, denies each and every allegation.

28. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 28 of the Complaint, and accordingly, denies each and every allegation.

29. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 29 of the Complaint, and accordingly, denies each and every allegation.

1    30.    St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 30 of the Complaint, and accordingly, denies each and every allegation.

4    31.    St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 31 of the Complaint, and accordingly, denies each and every allegation.

7    32.    St. Joseph Health System denies the allegations of Paragraph 32 of the Complaint as to its own conduct.  St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 23 of the Complaint, and accordingly, denies each and every allegation.

11    33.    St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 33 of the Complaint, and accordingly, denies each and every allegation.

14    34.    St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 34 of the Complaint, and accordingly, denies each and every allegation.

17    35.    St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph 35 of the Complaint, and accordingly, denies each and every allegation.

**FIRST CAUSE OF ACTION**

21    36.    St. Joseph Health System incorporates by reference all prior paragraphs as though fully set forth herein.

23    37.    St. Joseph Health System denies the allegations of Paragraph 37 of the Complaint as to its own conduct.  St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 37 of the Complaint, and accordingly, denies each and every allegation.

27    38.    St. Joseph Health System denies the allegations of Paragraph 38 of the Complaint as to its own conduct.  St. Joseph Health System lacks knowledge and information sufficient to

1  form a belief as to the truth of the remaining allegations of Paragraph 38 of the Complaint, and
2  accordingly, denies each and every allegation.
3       39.    St. Joseph Health System denies the allegations of Paragraph 39 of the Complaint
4  as to its own conduct.  St. Joseph Health System lacks knowledge and information sufficient to
5  form a belief as to the truth of the remaining allegations of Paragraph 39 of the Complaint, and
6  accordingly, denies each and every allegation.
7       40.    St. Joseph Health System denies the allegations of Paragraph 40 of the Complaint
8  as to its own conduct.  St. Joseph Health System lacks knowledge and information sufficient to
9  form a belief as to the truth of the remaining allegations of Paragraph 40 of the Complaint, and
10 accordingly, denies each and every allegation.
11      41.    St. Joseph Health System denies the allegations of Paragraph 41 of the Complaint
12 as to its own conduct.  St. Joseph Health System lacks knowledge and information sufficient to
13 form a belief as to the truth of the remaining allegations of Paragraph 27 of the Complaint, and
14 accordingly, denies each and every allegation.
15      42.    St. Joseph Health System lacks knowledge and information sufficient to form a
16 belief as to the truth of the allegations of Paragraph 42 of the Complaint, and accordingly, denies
17 each and every allegation.
18      43.    St. Joseph Health System denies the allegations of Paragraph 43 of the Complaint
19 as to its own conduct.  St. Joseph Health System lacks knowledge and information sufficient to
20 form a belief as to the truth of the remaining allegations of Paragraph 27 of the Complaint, and
21 accordingly, denies each and every allegation.

## SECOND CAUSE OF ACTION

23      44.    St. Joseph Health System incorporates by reference all prior paragraphs as though
24 fully set forth herein.
25      45.    St. Joseph Health System denies the allegations of Paragraph 45 of the Complaint
26 as to its own conduct.  St. Joseph Health System lacks knowledge and information sufficient to
27 form a belief as to the truth of the remaining allegations of Paragraph 45 of the Complaint, and
28 accordingly, denies each and every allegation.

46. St. Joseph Health System denies the allegations of Paragraph 46 of the Complaint as to its own conduct. St. Joseph Health System lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 46 of the Complaint, and accordingly, denies each and every allegation.

## AFFIRMATIVE DEFENSES

Further responding to the First Amended Complaint, St. Joseph Health Systems allege as follows:

### AFFIRMATIVE DEFENSE NO. 1.

The allegations of the First Amended Complaint fail to state a claim against St. Joseph Health System upon which relief can be granted.

### AFFIRMATIVE DEFENSE NO. 2.

If it should be found that there was negligence as alleged in Plaintiff's Complaint or in connection with the subject matter of the Complaint, such negligence was that of the Plaintiff and of persons, firms, corporations, or entities other than St. Joseph Health System and comparatively reduces the percentage of any liability on the part of St. Joseph Health System if it should be found that St. Joseph Health System is negligent or liable as alleged in the Complaint, which St. Joseph Health System denies and states merely for the purpose of this affirmative defense.

### AFFIRMATIVE DEFENSE NO. 3.

At all times relevant to, on or before the dates of the occurrence alleged in Plaintiff's Complaint, each and every risk and/or danger proximately causing and/or contributing to the alleged occurrence and/or damages complained of, if any there actually were, were voluntarily and/or knowingly assumed by the Plaintiff.

### AFFIRMATIVE DEFENSE NO. 4.

At all times and places mentioned in the Complaint, Plaintiff's mother, Nancy Faron, was negligent, and further her negligence proximately contributed in the proportion of 100% to the injuries, if any, sustained by Plaintiff.

**AFFIRMATIVE DEFENSE NO. 5.**

In the event St. Joseph Health System is found to be negligent, which St. Joseph Health System denies and states merely for the purpose of this affirmative defense, the liability of St. Joseph Health System is limited by reason of California Civil Code § 1431.2.

**AFFIRMATIVE DEFENSE NO. 6.**

In the event St. Joseph Health System is found liable, which St. Joseph Health System denies and states merely for the purpose of this affirmative defense, St. Joseph Health System may elect to introduce evidence of any amount paid or payable, if any, as a benefit to Plaintiff and claim credit pursuant to Civil Code §3333.1.

**AFFIRMATIVE DEFENSE NO. 7.**

In the event St. Joseph Health System is found to be negligent, which St. Joseph Health System denies and states merely for the purpose of this affirmative defense, the damages for non-economic losses shall not exceed the amount specified in Civil Code §3333.2.

**AFFIRMATIVE DEFENSE NO. 8.**

In the event St. Joseph Health System is found to be negligent, which St. Joseph Health System denies and states merely for the purpose of this affirmative defense, St. Joseph Health System may elect to have future damages, if in excess of the amount specified in Code of Civil Procedure §667.7, paid in full or in part as specified in Code of Civil Procedure §667.7.

**AFFIRMATIVE DEFENSE NO. 9.**

Following the alleged incident herein, Plaintiff failed and neglected to mitigate damages, and that said conduct, failure or omission on Plaintiff's own part proximately caused and contributed to the damages sustained by Plaintiff, if any.

**AFFIRMATIVE DEFENSE NO. 10.**

All legal proceedings against St. Joseph Health System are bifurcated and stayed pursuant to 28 U.S.C. §1450 and the October 2, 2007 Order of Judge Harold E. Neville, Jr. of the

California Superior Court granting St. Joseph Health System's motion to bifurcate and stay all legal proceedings against St. Joseph Health System "until such time as legal proceedings (including through appeal) have concluded as to Plaintiff's claims against St. Joseph Health Systems St. Joseph Hospital, Kevin Molander, M.D., John Kelsey, M.D., and Ronald Cordova, M.D."

### AFFIRMATIVE DEFENSE NO. 11.

The Complaint's twelfth (12) prayer for relief and Paragraph 43 of the Complaint, which seek or relate to punitive damages, should be stricken from the Complaint pursuant to 28 U.S.C. §1450 and the July 30, 2007 Order of Judge W. Bruce Watson of the California Superior Court granting St. Joseph Health System's unopposed motion to strike punitive damages allegations against St. Joseph Health System.

### AFFIRMATIVE DEFENSE NO. 12.

St. Joseph Health System presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated affirmative defenses. St. Joseph Health System reserves herein the right to assert additional defenses in the event that discovery indicates that such defenses would be appropriate.

### PRAYER FOR RELIEF

WHEREFORE, St. Joseph Health System prays for the following relief:

1. That the First Amended Complaint be dismissed in its entirety with prejudice;
2. That any and all relief requested by Plaintiff be denied;
3. That Plaintiff's twelfth (12) prayer for relief, which seeks punitive damages, be stricken because of the July 30, 2007 Order of Judge W. Bruce Watson of the California Superior Court granting St. Joseph Health System's unopposed motion to strike punitive damages allegations against it;
4. That St. Joseph Health System be awarded costs of suit; and

5. That this Court grant such other and further relief to St. Joseph Health System as this Court may deem just and equitable.

DATED: February 15, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP
JOHN P. PHILLIPS
JASON K. SONODA

By:     /s/ Jason K. Sonoda
        JASON K. SONODA

Attorneys for St. Joseph Health System
ST. JOSEPH HEALTH SYSTEM

ANSWER TO FIRST AMENDED COMPLAINT

## DEMAND FOR A JURY TRIAL

St. Joseph Health System hereby demands a jury trial.

DATED: February 15, 2008      PAUL, HASTINGS, JANOFSKY & WALKER LLP
JOHN P. PHILLIPS
JASON K. SONODA

By:           /s/ Jason K. Sonoda
              JASON K. SONODA

Attorneys for St. Joseph Health System
ST. JOSEPH HEALTH SYSTEM

LEGAL_US_W # 58139633.1