# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Faron,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>St. Joseph Hospital,<br><br>　　　　　　Defendant(s). | 07-05602 SBA<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-05602 SBA                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: February 20, 2008

                                   RICHARD W. WIEKING
                                   Clerk
                                   by:    Timothy J. Smagacz

                                   ADR Administrative Assistant
                                   415-522-4205
                                   Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-05602 SBA                                 -2-

PROOF OF SERVICE

Case Name:      Faron v. St. Joseph Hospital

Case Number:    07-05602 SBA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On February 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Robert Lawrence Lieff
> Lieff Cabraser Heimann & Bernstein LLP
> 275 Battery St 30th Flr
> Embarcadero Ctr West
> San Francisco, CA 94111-3339
>
> Fabrice Nijhof Vincent
> Lief, Cabraser, Heimann & Bernstein, LLP
> 275 Battery Street
> 30th Floor
> San Francisco, CA 94111-3339
> fvincent@lchb.com
>
> Alexandra L. Foote
> Lieff, Cabraser, Heimann & Bernstein, LLP
> 275 Battery St., 30th Floor
> San Francisco, CA 94111-3339
>
> Richard Martin Heimann
> Lieff Cabraser Heimann & Bernstein
> 275 Battery Street, 30th Floor

San Francisco, CA 94111-3339
rheimann@lchb.com

Kent L. Klaudt
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery St., 30th Floor
San Francisco, CA 94111
kklaudt@lchb.com

St. Joseph Hospital
,

Jason Kiyoshi Sonoda
Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
jasonsonoda@paulhastings.com

Kevin Molander
,

John Kelsey
,

Ronald Cordova
,

Andrew Y.S. Cheng
U.S. Attorney's Office
450 Golden Gate Ave., 10th Fl.
Box 36055
Civil Division
San Francisco, CA 94102-3495
andrew.cheng@usdoj.gov


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 20, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov