| | | |
|---|---|---|
| 1 | Dated: February 15, 2008 | By: /s/ Andrew Y.S. Cheng |
| 2 | | Andrew Y.S. Cheng |

UNITED STATES ATTORNEY'S OFFICE
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

*Attorneys for Defendant United States of America*

Dated: February 15, 2008    By: _____
                                Jason K. Sonoda

PAUL, HASTINGS, JANOFSKY & WALKER LLP
JOHN P. PHILLIPS
JASON K. SONODA
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441

*Attorneys for Defendant St. Joseph Health System*

Dated: February 15, 2008    By: _____
                                Nancy K. Delaney

MITCHELL, BRISSO, DELANEY & VRIEZE
NANCY K. DELANEY
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

*Attorney for St. Joseph's Hospital*

Dated: February 15, 2008    By: _____
                                Joseph E. Finkel

GALLOWAY, LUCCHESE, EVERSON & PICCHI, APC
G. PATRICK GALLOWAY
JOSEPH E. FINKEL
1676 No. California Blvd., Suite 500
Walnut Creek, CA 94596-4183

*Attorney for Defendants Ronald Cordova, Kevin Molander, and John Kelsey*

750505.1 — - 15 - — JOINT CASE MANAGEMENT STATEMENT
CASE NO. CGC-07-5602 SBA (RELATED TO C 06-06662 SBA)

| | | |
|---|---|---|
| 1 | Dated: February 15, 2008 | By:_____ |
| 2 | | Andrew Y.S. Cheng |

UNITED STATES ATTORNEY'S OFFICE
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

*Attorneys for Defendant United States of America*

Dated: February 15, 2008   By: /s/ Jason K. Sonoda

PAUL, HASTINGS, JANOFSKY & WALKER LLP
JOHN P. PHILLIPS
JASON K. SONODA
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441

*Attorneys for Defendant St. Joseph Health System*

Dated: February 15, 2008   By:_____
                                Nancy K. Delaney

MITCHELL, BRISSO, DELANEY & VRIEZE
NANCY K. DELANEY
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

*Attorney for St. Joseph's Hospital*

Dated: February 15, 2008   By:_____
                                Joseph E. Finkel

GALLOWAY, LUCCHESE, EVERSON & PICCHI, APC
G. PATRICK GALLOWAY
JOSEPH E. FINKEL
1676 No. California Blvd., Suite 500
Walnut Creek, CA 94596-4183

*Attorney for Defendants Ronald Cordova, Kevin Molander, and John Kelsey*

| | | |
|---|---|---|
| 1 | Dated: February 15, 2008 | By: _____ |
| 2 | | Andrew Y.S. Cheng |

UNITED STATES ATTORNEY'S OFFICE
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

*Attorneys for Defendant United States of America*

Dated: February 15, 2008        By: _____
                                    Jason K. Sonoda

PAUL, HASTINGS, JANOFSKY & WALKER LLP
JOHN P. PHILLIPS
JASON K. SONODA
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441

*Attorneys for Defendant St. Joseph Health System*

Dated: February 15, 2008        By: /s/ Nancy K. Delaney
                                    Nancy K. Delaney

MITCHELL, BRISSO, DELANEY & VRIEZE
NANCY K. DELANEY
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

*Attorney for St. Joseph's Hospital*

Dated: February 15, 2008        By: _____
                                    Joseph E. Finkel

GALLOWAY, LUCCHESE, EVERSON & PICCHI, APC
G. PATRICK GALLOWAY
JOSEPH E. FINKEL
1676 No. California Blvd., Suite 500
Walnut Creek, CA 94596-4183

*Attorney for Defendants Ronald Cordova, Kevin Molander, and John Kelsey*

| | | |
|---|---|---|
| 1 | Dated: February 15, 2008 | By:_____ |
| 2 | | Andrew Y.S. Cheng |

UNITED STATES ATTORNEY'S OFFICE
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

*Attorneys for Defendant United States of America*

Dated: February 15, 2008   By:_____
Jason K. Sonoda

PAUL, HASTINGS, JANOFSKY & WALKER LLP
JOHN P. PHILLIPS
JASON K. SONODA
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441

*Attorneys for Defendant St. Joseph Health System*

Dated: February 15, 2008   By:_____
Nancy K. Delaney

MITCHELL, BRISSO, DELANEY & VRIEZE
NANCY K. DELANEY
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

*Attorney for St. Joseph's Hospital*

Dated: February 15, 2008   By:_____
Joseph E. Finkel

GALLOWAY, LUCCHESE, EVERSON & PICCHI, APC
G. PATRICK GALLOWAY
JOSEPH E. FINKEL
1676 No. California Blvd., Suite 500
Walnut Creek, CA 94596-4183

*Attorney for Defendants Ronald Cordova, Kevin Molander, and John Kelsey*