Fabrice N. Vincent (State Bar No. 160780)
Kent L. Klaudt (State Bar No. 183903)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
e-mail: fvincent@lchb.com
e-mail: kklaudt@lchb.com

Attorneys for Plaintiff Allen Faron

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLEN FARON,<br><br>                   Plaintiff,<br><br>          v.<br><br>ST. JOSEPH HOSPITAL; ST. JOSEPH HEALTH SYSTEM; KEVIN MOLANDER, M.D.; JOHN KELSEY, M.D.; RONALD CORDOVA, M.D.; and UNITED STATES OF AMERICA; inclusive,<br><br>                   Defendants. | CASE NO. CGC-07-5602 SBA<br>   (related to C 06-06662 SBA)<br><br>**NOTICE OF CHANGE IN COUNSEL** |

Comes now the Plaintiff, Allen Faron, by and through counsel, and hereby respectfully gives notice that attorneys Robert Lawrence Lieff and Alexandra L. Foote are no longer counsel for Plaintiff in this matter.

Dated: February 26, 2008                    Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____*/s/ Kent L. Klaudt*_____
                    Kent L. Klaudt

*Attorneys for Plaintiff Allen Faron*