IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FARON ET AL,

    Plaintiff,

v.

ST. JOSEPH HOSPITAL ET AL,

    Defendant.

No. C 07-05602 SBA

**CLERK'S NOTICE**

Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for , March 6, 2008, has been moved to, March 5, 2008, at 3:30 p.m., via telephone.

Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.

(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)

Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.

Dated: 2/27/08

FOR THE COURT,

Richard W. Wieking, Clerk

By: s/Lisa R. Clark
    **Courtroom Deputy**

| | |
|---|---|
| 1 | Fabrice N. Vincent (State Bar No. 160780) |
| 2 | Kent L. Klaudt (State Bar No. 183903) |
|   | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|   | Embarcadero Center West |
| 3 | 275 Battery Street, 30th Floor |
|   | San Francisco, CA 94111-3339 |
| 4 | Telephone: (415) 956-1000 |
|   | Facsimile: (415) 956-1008 |
| 5 | e-mail: fvincent@lchb.com |
|   | e-mail: kklaudt@lchb.com |

Attorneys for Plaintiff Allen Faron

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLEN FARON, | CASE NO. CGC-07-5602 SBA |
|  | (related to C 06-06662 SBA) |
| Plaintiff, | |
|  | **PROOF OF SERVICE BY U.S. MAIL** |
| v. | |
| ST. JOSEPH HOSPITAL; ST. JOSEPH HEALTH SYSTEM; KEVIN MOLANDER, M.D.; JOHN KELSEY, M.D.; RONALD CORDOVA, M.D.; and UNITED STATES OF AMERICA; inclusive, | |
| Defendants. | |

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, California 94111-3339. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 29, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

1.     **CLERK'S NOTICE; and**

2.     **PROOF OF SERVICE BY U.S. MAIL**

in a sealed envelope, postage fully paid, addressed as follows:

Nancy K. Delaney
MITCHELL, BRISSO, DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502
Telephone: (707) 443-5643
Facsimile: (707) 444-9586
Email: ndelaney@mitchelllawfirm.com

*Attorney for St. Joseph's Hospital*

Joseph E. Finkel
GALLOWAY, LUCCHESE, EVERSON & PICCHI, APC
G. PATRICK GALLOWAY
1676 No. California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Telephone: (925) 930-9090
Facsimile: (925) 930-9035
Email: jfinkel@glattys.com

*Attorney for Defendants Ronald Cordova, Kevin Molander, and John Kelsey*

      Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on February 29, 2008, at San Francisco, California.

                                                                             RIZALINO ALTARES