UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Allen Faron

                Plaintiff(s),

v.

St. Joseph Hospital, et al.

                Defendant(s).

Case No. 07-5602

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 4, 2008

                                                                 Daniel M. Glassman
                                                                 [Party]

Dated: March 4, 2008

                                                                  Jason K. Sonoda
                                                                 [Counsel]

**PROOF OF SERVICE BY ELECTRONIC MAIL AND U.S. MAIL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441.

On March 4, 2008, I served a true and correct copy of

ADR CERTIFICATION BY PARTIES AND COUNSEL

[X] **VIA ELECTRONIC MAIL:**

Pursuant to the operation of the U.S. District Court for the Northern District of California E-Filing system, all parties above have been served via e-mail; per Local Rule 5-4 and General Order 45.

[X] **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on March 4, 2008 with postage thereon fully prepaid, at San Francisco, California.

interested parties by placing true and correct copies thereof in sealed envelopes addressed as follows:

| | |
|---|---|
| Nancy K. Delaney<br>MITCHELL, BRISSO, DELANEY & VRIEZE<br>Attorneys at Law<br>814 Seventh Street<br>P. O. Drawer 1008<br>Eureka, CA 95502 | Joseph E. Finkel<br>G. Patrick Galloway<br>Galloway, Lucchese, Everson & Picchi<br>1676 North California Blvd., Suite 500<br>Walnut Creek, CA 94596-4183 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 4, 2008, at San Francisco, California.

By: /s/ Carol Alexander
Carol Alexander

LEGAL_US_W # 58331207.1

Case No. C 07-5602-SBA

PROOF OF SERVICE BY ELECTRONIC MAIL AND U.S. MAIL