Nancy K. Delaney, SBN 70617
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendant
ST. JOSEPH HOSPITAL OF EUREKA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLEN FARON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ST. JOSEPH HOSPITAL; ST. JOSEPH HEALTH SYSTEM; KEVIN MOLANDER, M.D.; JOHN KELSEY, M.D.; RONALD CORDOVA, M.D.; and UNITED STATES OF AMERICA; inclusive,<br><br>　　　　Defendants. | CASE NO.: CGC-07-5602 SBA<br>(related to C06-06662 SBA)<br><br>NOTICE OF APPEARANCE |

Defendant St. Joseph Hospital of Eureka is represented in the referenced matter by the law offices of Mitchell, Brisso, Delaney & Vrieze, by Nancy K. Delaney, 814 Seventh Street, P.O. Drawer 1008, Eureka, CA 95502, Tel: (707) 443-5643, Fax: (707) 444-9586, e-mails ndelaney@mitchelllawfirm.com and kradford@mitchelllawfirm.com.

DATED: March 6, 2008

MITCHELL, BRISSO, DELANEY & VRIEZE

By: /s/ Nancy K. Delaney
Nancy K. Delaney
Attorneys for Defendant
ST. JOSEPH HOSPITAL OF EUREKA

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

NOTICE OF APPEARANCE