UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 3/5/08

C-07-05602 SBA             JUDGE: SAUNDRA BROWN ARMSTRONG

Title:     FARON ET AL vs. ST. JOSEPH HOSPITAL ET AL

Atty.: KENT CLOUD                    ANDREW CHENG/JASON SONODA

                                     NANCY DELANEY/JOSEPH FINKEL

**Deputy Clerk:** Lisa R. Clark          **Court Reporter:** NOT REPORTED
**PROCEEDINGS**
Plt   DFT
( )  ( ) **1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( )  ( ) **2.**
( )  ( ) **3.**
( )  ( ) **4.**
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
           ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____for a Telephone Case Management Conference at  p.m.
Case Continued to_____for  OSC RE:_____
Case Continued to_____for_____Motion Hearing
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
General Discovery Cut-off 7/28/08   Expert Discovery Cut-off 9/30/08
Plft to name Experts by 8/11/08           Deft to name Experts by 8/11/08
All Dispositive Motions to be heard by ( Motion Cut-off) 11/18/08
Case Continued to 1/27/09       for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 1/6/09   Motions in limine/objections to evidence due 1/13/09
Responses to motions in limine and/or responses to objections to evidence due 1/20/09
Case Continued to 2/9/09  for Trial(Court/Jury: 10-14   Days) at 8:30 a.m.
(X ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: MANDATORY SETTLEMENT CONFERENCE TO BE HELD DURING THE MONTH OF DECEMBER 2008; PARTIES TO COMPLETE PRIVATE MEDIATION WITH JAMS BY 6/5/08; DEFENDANT ST. JOSEPH REQUESTED THAT THIS COURT CONTINUE THE STAY ORDER AGAINST THEM THAT WAS IMPOSED BY THE STATE COURT; THIS COURT ADVISED THE PARTIES THAT THEY SHOULD FILE A MOTION IF THEY WISH TO HAVE

<u>THIS MATTER STAYED; THIS ACTION IS NOT STAYED AGAINST ANY PARTY AT THIS TIME</u>
cc: WINGS HOM VIA FAX;
    ADR VIA FAX