Fabrice N. Vincent (State Bar No. 160780)
Kent L. Klaudt (State Bar No. 183903)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
e-mail:  fvincent@lchb.com
e-mail:  kklaudt@lchb.com

Attorneys for Plaintiff Allen Faron

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| ALLEN FARON,<br><br>                    Plaintiff,<br><br>          v.<br><br>ST. JOSEPH HOSPITAL; ST. JOSEPH HEALTH SYSTEM; KEVIN MOLANDER, M.D.; JOHN KELSEY, M.D.; RONALD CORDOVA, M.D.; and UNITED STATES OF AMERICA; inclusive,<br><br>                    Defendants. | CASE NO.  CGC-07-5602 SBA<br>  (related to C 06-06662 SBA)<br><br>**NOTICE OF CHANGE IN COUNSEL** |

          Comes now the Plaintiff, Allen Faron, by and through counsel, and hereby respectfully gives notice that attorney Richard M. Heimann is no longer counsel for Plaintiff in this matter.


Dated:  February 26, 2008          Respectfully submitted,

                                   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                   By:        _____/s/ Kent L. Klaudt_____
                                                  Kent L. Klaudt

                                   *Attorneys for Plaintiff Allen Faron*