Fabrice N. Vincent (State Bar No. 160780)
Kent L. Klaudt (State Bar No. 183903)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
e-mail:  fvincent@lchb.com
e-mail:  kklaudt@lchb.com

Attorneys for Plaintiff Allen Faron

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLEN FARON,<br><br>                Plaintiff,<br><br>    v.<br><br>ST. JOSEPH HOSPITAL; ST. JOSEPH HEALTH SYSTEM; KEVIN MOLANDER, M.D.; JOHN KELSEY, M.D.; RONALD CORDOVA, M.D.; and UNITED STATES OF AMERICA; inclusive,<br><br>                Defendants. | CASE NO.  CGC-07-5602 SBA<br>  (related to C 06-06662 SBA)<br><br>**PROOF OF SERVICE BY U.S. MAIL** |

       I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, California  94111-3339.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  On March 7, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

752507.1

- 1 -

PROOF OF SERVICE
CASE NO. CGC-07-5602 SBA (RELATED TO C 06-06662 SBA)

1. **NOTICE OF CHANGE IN COUNSEL; and**

2. **PROOF OF SERVICE BY U.S. MAIL**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Nancy K. Delaney<br>MITCHELL, BRISSO, DELANEY & VRIEZE<br>814 Seventh Street<br>P.O. Drawer 1008<br>Eureka, CA  95502<br>Telephone:  (707) 443-5643<br>Facsimile:  (707) 444-9586<br>Email: ndelaney@mitchelllawfirm.com<br><br>*Attorney for St. Joseph's Hospital* | Joseph E. Finkel<br>GALLOWAY, LUCCHESE, EVERSON & PICCHI, APC<br>G. PATRICK GALLOWAY<br>1676 No. California Blvd., Suite 500<br>Walnut Creek, CA  94596-4183<br>Telephone:  (925) 930-9090<br>Facsimile:  (925) 930-9035<br>Email:  jfinkel@glattys.com<br><br>*Attorney for Defendants Ronald Cordova, Kevin Molander, and John Kelsey* |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 7, 2008, at San Francisco, California.

_____
RIZALINO ALTARES