UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Allen Faron

              Plaintiff(s),

v.

St. Joseph Hospital, et al.

              Defendant(s).

_____/

Case No. 07-5602

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Mar. 15, 2008

                                        John Kelsey, M.D.
                                        [Party]

Dated: Mar. 13, 2008

                                        Joseph E. Finkel
                                        [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Allen Faron

Plaintiff(s),

Case No. 07-5602

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

St. Joseph Hospital, et al.

Defendant(s).
_____ /

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Mar. 16, 2008

Kevin Molander, M.D.
[Party]

Dated: Mar. 13, 2008

Joseph E. Finkel
[Counsel]

Rev. 12/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Allen Faron

                Plaintiff(s),

v.

St. Joseph Hospital, et al.

                Defendant(s).

Case No. 07-5602

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Mar. 25, 2008

                Ronald Cordova, M.D.
                [Party]

Dated: Mar. 13, 2008

                Joseph E. Finkel
                [Counsel]

Rev. 12/05