1 | PAUL, HASTINGS, JANOFSKY & WALKER LLP
John P. Phillips (State Bar No. 154412)
2 | johnphillips@paulhastings.com
Jason K. Sonoda (State Bar No. 248105)
3 | jasonsonoda@paulhastings.com
55 Second Street
4 | Twenty-Fourth Floor
San Francisco, CA  94105-3441
5 | Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
6
PAUL, HASTINGS, JANOFSKY & WALKER LLP
7 | PETER M. STONE (State Bar No. 157994)
peterstone@paulhastings.com
8 | 695 Town Center Drive, Suite 1700
Costa Mesa, CA  92626
9 | Telephone:  (714) 668-6200
Facsimile:  (714) 979-1921
10
Attorneys for Defendant
11 | ST. JOSEPH HEALTH SYSTEM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ALLEN FARON, | CASE NO. CGC-07-5602 SBA |
|---|---|
| Plaintiff, | (Related to C 06-06662 SBA) |
| vs. | **DECLARATION OF JASON K. SONODA IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO CONFIRM STATE COURT ORDER, BIFURCATING ALTER EGO CLAIMS AND STAYING DISCOVERY AS TO DEFENDANT ST. JOSEPH HEALTH SYSTEM, OR, IN THE ALTERNATIVE, FOR NEW ORDER BIFURCATING AND STAYING DISCOVERY AS TO SUCH DEFENDANT** |
| ST. JOSEPH HOSPITAL; ST. JOSEPH HEALTH SYSTEM; KEVIN MOLANDER, M.D.; JOHN KELSEY, M.D.; RONALD CORDOVA, M.D.; and UNITED STATES OF AMERICA, inclusive, | |
| Defendants. | |
| | Date:      June 10, 2008 |
| | Time:      1:00 PM |
| | Courtroom  3, 3rd Floor |
| | The Honorable Saundra B. Armstrong |

CASE NO. CGC-07-5602 SBA

DECL. OF SONODA ISO MOTION TO CONFIRM
STATE COURT ORDER, BIFURCATING ALTER
EGO CLAIMS AND STAYING DISCOVERY

I, JASON K. SONODA, declare as follows:

1. I am an active member in good standing of the State Bar of California, and am an associate at the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel of record for Defendant St. Joseph Health System. I have firsthand knowledge of the matters set forth herein. If called as a witness, I could and would competently testify to these facts under oath.

2. I respectfully submit this declaration in support of St. Joseph Heath System's Motion to Confirm State Court Order, Bifurcate Alter Ego Claims and Stay Discovery.

3. To date, Plaintiff has taken the depositions of Susan Whittaker, Dr. Sue Rhee, Dr. Kerilyn K. Nobuhara, Dr. James M. Mick, Dr. Michael Palmer, Julie Cruz, Bonnie Hamant, R.N., Angela Driscoll, Eileen Jones, Margaret Abels, R.N., Cynthia Ramirez, Bob Holtz, R.N., Janis Clausen, R.N., Michelle L. Tansey, Kevin Molander, M.D., John Kelsey, M.D., and Ronald Cordova, M.D.

4. A true and correct copy of excerpts from the deposition of Susan Whittaker, St. Joseph Health System's Chief Administrative Officer and Governance Counsel, taken on June 20, 2007, is attached hereto as Exhibit A.

5. A true and correct copy of excerpts from the deposition of plaintiff Allen Faron is attached hereto as Exhibit B.

6. A true and correct copy of excerpts from the deposition of Dr. Sue Rhee is attached hereto as Exhibit C.

7. A true and correct copy of excerpts from the deposition of Dr. Kerilyn K. Nobuhara is attached hereto as Exhibit D.

8. A true and correct copy of the First Amended Complaint for Damages and Equitable Relief filed in this action on July 31, 2006 is attached hereto as Exhibit E.

9. A true and correct copy of a letter sent by John P. Phillips, counsel for defendant St. Joseph Health System to Fabrice N. Vincent, counsel for Plaintiff, dated March 8, 2007 is attached hereto as Exhibit F.

10. A true and correct copy of an email message sent by Kent L. Klaudt, counsel for Plaintiff, to John P. Phillips and Jason K. Sonoda, counsel for defendant St. Joseph

1  Health System, dated March 29, 2007 is attached hereto as Exhibit G.

2      11.    A true and correct copy of a letter sent by John P. Phillips, counsel for

3  defendant St. Joseph Health System to Fabrice N. Vincent and Kent L. Klaudt, counsel for

4  Plaintiff, dated July 26, 2007 is attached hereto as Exhibit H.

5      12.    A true and correct copy of Memorandum of Points and Authorities in

6  Support of Defendant St. Joseph Health System's Demurrer to Plaintiff's First Amended

7  Complaint is attached hereto as Exhibit I.

8      13.    A true and correct copy of Plaintiff's Notice of Non-Opposition to

9  Defendant St. Joseph Health System's Demurrer and Motion to Strike is attached hereto as

10 Exhibit J.

11     14.    A true and correct copy of a "Certificate of Liability Insurance" is attached

12 hereto as Exhibit K.

13     15.    A true and correct copy of excerpts from defendant Dr. Kevin Molander's

14 Amended Answers to From Interrogatories is attached hereto as Exhibit L.

15     16.    A true and correct copy of excerpts from defendant Dr. John Kelsey's

16 Amended Answers to From Interrogatories is attached hereto as Exhibit M.

17     17.    A true and correct copy of excerpts from defendant Dr. Ronald Cordova's

18 Amended Answers to From Interrogatories is attached hereto as Exhibit N.

19     18.    A true and correct copy of Plaintiff's Request for Production of Documents

20 and Things Directed to Defendant St. Joseph Health System, Set One is attached hereto as Exhibit

21 O.

22     19.    A true and correct copy of the Declaration of Susan Whitaker In Support of

23 St. Joseph Health System's Opposition to Motion for Order Compelling Production of

24 Documents is attached hereto as Exhibit P.

25     20.    A true and correct copy of Defendant's Notice of Motion to Bifurcate Alter

26 Ego Claims and Stay to Discovery, filed with the Superior Court of California on August 22,

27 2007, is attached hereto as Exhibit Q.

28     21.    A true and correct copy of Defendant's Memorandum of Points and

1  Authorities in Support of Motion to Bifurcate Alter Ego Claims and Stay to Discovery, filed with
2  the Superior Court of California on August 22, 2007, is attached hereto as Exhibit R.
3      22.   A true and correct copy of Plaintiff's Memorandum of Points and
4  Authorities in Opposition to Defendant St. Joseph Health System's Motion to Bifurcate Alter Ego
5  Claims and to Stay Discovery, filed with the Superior Court of California on September 6, 2007,
6  is attached hereto as Exhibit S.
7      23.   A true and correct copy of Defendant's Reply Memorandum of Points and
8  Authorities In Support of Motion to Bifurcate Alter Ego Claims and to Stay Discovery, filed with
9  the Superior Court of California on September14, 2007, is attached hereto as Exhibit T.
10     24.   A true and correct copy of the Court's Ruling on Motion To Bifurcate Alter
11 Ego Claim, filed by the Superior Court of California on September 24, 2007, is attached hereto as
12 Exhibit U.
13     25.   A true and correct copy of Order Granting St. Joseph Health Systems;
14 Motion to Bifurcate Alter Ego Claims and to Stay Discovery, filed by the Superior Court of
15 California on October 3, 2007, is attached hereto as Exhibit V.
16     26.   A true and correct copy of the Joint Case Management Statement, filed in
17 this Court on February 26, 2008, is attached hereto as Exhibit W.
18     I declare under penalty of perjury under the laws of the State of California that
19 each of the foregoing statements is true and correct and that this declaration is being executed this
20 25th day of April, 2008, in San Francisco, California.

                                                /s/ JASON K. SONODA
                                                JASON K. SONODA

LEGAL_US_W # 58675809.1

CASE NO. CGC-07-5602 SBA         -3-    DECL. OF SONODA ISO MOTION TO CONFIRM
                                        STATE COURT ORDER, BIFURCATING ALTER
                                        EGO CLAIMS AND STAYING DISCOVERY