Fabrice N. Vincent (State Bar No. 160780)
Kent L. Klaudt (State Bar No. 183903)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
e-mail: fvincent@lchb.com
e-mail: kklaudt@lchb.com

Attorneys for Plaintiff Allen Faron

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ALLEN FARON, | CASE NO. CGC-07-5602 SBA (related to C 06-06662 SBA) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |
| v. | |
| ST. JOSEPH HOSPITAL; ST. JOSEPH HEALTH SYSTEM; KEVIN MOLANDER, M.D.; JOHN KELSEY, M.D.; RONALD CORDOVA, M.D.; and UNITED STATES OF AMERICA; inclusive, | |
| Defendants. | |

The parties, by and through their attorneys, request that the deadline to complete the mediation in this case be extended to August 15, 2008.

The parties have diligently attempted to schedule a mutually agreeable date, and the only acceptable date is in mid-July, 2008.

Dated: May 7, 2008          Respectfully submitted,

By:          /s/
               Fabrice Vincent

750505.1                    - 1 -          STIPULATION TO EXTEND MEDIATION DEADLINE,
                                           CASE NO. CGC-07-5602 SBA (RELATED TO C 06-06662 SBA)

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339

*Attorneys for Plaintiff Allen Faron*

Dated: May 7, 2008      By:_____/s/_____
                              Andrew Y.S. Cheng

UNITED STATES ATTORNEY'S OFFICE
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA  94102

*Attorneys for Defendant United States of America*

Dated: May 7, 2008      By:_____/s/_____
                              Jason K. Sonoda

PAUL, HASTINGS, JANOFSKY & WALKER LLP
JOHN P. PHILLIPS
JASON K. SONODA
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441

*Attorneys for Defendant St. Joseph Health System*

Dated: May 7, 2008      By:_____/s/_____
                              Nancy K. Delaney

MITCHELL, BRISSO, DELANEY & VRIEZE
NANCY K. DELANEY
814 Seventh Street
P.O. Drawer 1008
Eureka, CA  95502

*Attorney for St. Joseph's Hospital*

Dated: May 7, 2008      By:_____/s/_____
                              Joseph E. Finkel

GALLOWAY, LUCCHESE, EVERSON & PICCHI, APC
G. PATRICK GALLOWAY
JOSEPH E. FINKEL
1676 No. California Blvd., Suite 500
Walnut Creek, CA  94596-4183

*Attorney for Defendants Ronald Cordova, Kevin Molander, and John Kelsey*

750505.1                              - 2 -                    JOINT CASE MANAGEMENT STATEMENT
                                                               CASE NO. CGC-07-5602 SBA (RELATED TO C 06-06662 SBA)

**ORDER**

The Court, having considered the stipulation of the parties, hereby extends the deadline to complete mediation in the above-captioned case to August 15, 2008.

It is so ordered.

_____
SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT JUDGE