Fabrice N. Vincent (State Bar No. 160780)
Kent L. Klaudt (State Bar No. 183903)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
e-mail:  fvincent@lchb.com
e-mail:  kklaudt@lchb.com

Attorneys for Plaintiff Allen Faron

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLEN FARON,<br><br>              Plaintiff,<br><br>      v.<br><br>ST. JOSEPH HOSPITAL; ST. JOSEPH HEALTH SYSTEM; KEVIN MOLANDER, M.D.; JOHN KELSEY, M.D.; RONALD CORDOVA, M.D.; and UNITED STATES OF AMERICA; inclusive,<br><br>              Defendants. | CASE NO.  CGC-07-5602 SBA (related to C 06-06662 SBA)<br><br>**STIPULATION AND[ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |

        The parties, by and through their attorneys, request that the deadline to complete the

mediation in this case be extended to August 15, 2008.

        The parties have diligently attempted to schedule a mutually agreeable date, and the only

acceptable date is in mid-July, 2008.

Dated:  May 7, 2008                    Respectfully submitted,


By:_____/s/_____
                    Fabrice Vincent

750505.1                                    - 1 -                    STIPULATION TO EXTEND MEDIATION DEADLINE,
                                                                     CASE NO. CGC-07-5602 SBA (RELATED TO C 06-06662 SBA)

1

2

3

4

                             LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339

*Attorneys for Plaintiff Allen Faron*

5   Dated: May 7, 2008                By:_____/s/_____

6                                     Andrew Y.S. Cheng

7                           UNITED STATES ATTORNEY'S OFFICE
Northern District of California
450 Golden Gate Avenue, 9th Floor

8                           San Francisco, CA  94102

9                           *Attorneys for Defendant United States of America*

10

11  Dated: May 7, 2008                By:_____/s/_____
                                  Jason K. Sonoda

12                          PAUL, HASTINGS, JANOFSKY & WALKER LLP
JOHN P. PHILLIPS

13                          JASON K. SONODA
55 Second Street

14                          Twenty-Fourth Floor
San Francisco, CA  94105-3441

15                          *Attorneys for Defendant St. Joseph Health System*

16

17  Dated: May 7, 2008                By:_____/s/_____
                                  Nancy K. Delaney

18                          MITCHELL, BRISSO, DELANEY & VRIEZE
NANCY K. DELANEY

19                          814 Seventh Street
P.O. Drawer 1008

20                          Eureka, CA  95502

21                          *Attorney for St. Joseph's Hospital*

22  Dated: May 7, 2008                By:_____/s/_____
                                Joseph E. Finkel

23                          GALLOWAY, LUCCHESE, EVERSON & PICCHI, APC

24                          G. PATRICK GALLOWAY
JOSEPH E. FINKEL

25                          1676 No. California Blvd., Suite 500
Walnut Creek, CA  94596-4183

26

27                          *Attorney for Defendants Ronald Cordova, Kevin Molander, and John Kelsey*

28

1

## ORDER

2

The Court, having considered the stipulation of the parties, hereby extends the deadline to

3

complete mediation in the above-captioned case to August 15, 2008.

4

5

6

It is so ordered.

7

8
5/7/08                          _____
SAUNDRA BROWN ARMSTRONG
9                               U.S. DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28