1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   JOHN P. PHILLIPS (State Bar No. 154412)
2  johnphillips@paulhastings.com
   JASON K. SONODA (State Bar No. 248105)
3  jasonsonoda@paulhastings.com
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
6
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
7  PETER M. STONE (State Bar No. 157994)
   peterstone@paulhastings.com
8  695 Town Center Drive, Suite 1700
   Costa Mesa, CA  92626
9  Telephone:  (714) 668-6200
   Facsimile:  (714) 979-1921
10
   Attorneys for Defendant
11 ST. JOSEPH HEALTH SYSTEM

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                                 OAKLAND DIVISION

15

16 | ALLEN FARON,                                CASE NO. CGC-07-5602 SBA
                                                 (Related to C 06-06662 SBA)
17 |            Plaintiff,
                                                 **JOINT STIPULATION AND [PROPOSED]
18 |    vs.                                      ORDER FOR DISMISSAL WITH
                                                 PREJUDICE AS TO DEFENDANT ST.
19 | ST. JOSEPH HOSPITAL; ST. JOSEPH             JOSEPH HEALTH SYSTEM**
     HEALTH SYSTEM; KEVIN
20 | MOLANDER, M.D.; JOHN KELSEY,
     M.D.; RONALD CORDOVA, M.D.; and             The Honorable Saundra B. Armstrong
21 | UNITED STATES OF AMERICA,
     inclusive,
22
                Defendants.
23

24

25

26

27

28
                                                          JOINT STIPULATION AND [PROPOSED]
                                                          ORDER FOR DISMISSAL WITH PREJUDICE AS
   CASE NO. CGC-07-5602 SBA                               TO ST. JOSEPH HEALTH SYSTEM

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for Plaintiff Allen Faron and Defendant St. Joseph Health System, that the above-entitled action be dismissed with prejudice as to St. Joseph Health System only and as to no other Defendant.

IT IS FURTHER STIPULATED AND AGREED that each party shall bear its own costs.

DATED: May 9, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP
JOHN P. PHILLIPS
JASON K. SONODA

PAUL, HASTINGS, JANOFSKY & WALKER LLP
PETER M. STONE

By: /s/ JASON K. SONODA
　　　　JASON K. SONODA

Attorneys for Defendant
ST. JOSEPH HEALTH SYSTEM

DATED: May 8, 2008

LIEFF, CABRASER, HEINMANN & BERNSTEIN, LLP
KENT KLAUDT
FABRICE N. VINCENT

By: /s/ KENT KLAUDT
　　　　KENT KLAUDT

Attorneys for Plaintiff
ALLEN FARON

Case No. CGC-07-5602 SBA

-1-

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AS TO ST. JOSEPH HEALTH SYSTEM

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jason K. Sonoda, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on May 9, 2008.

By:        /s/ JASON K. SONODA  
             JASON K. SONODA

**[PROPOSED] ORDER**

The Court, having considered the stipulation of the parties, hereby dismisses with prejudice the above-entitled action as to Defendant St. Joseph Health System only and as to no other Defendant.

Each party shall bear its own costs.

IT IS SO ORDERED.

_____
SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT JUDGE

LEGAL_US_W # 58910582.2