**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

ALLEN FARON,

    Plaintiff,

v.

ST. JOSEPH HOSPITAL, *et al.*,

    Defendants.

No. C 07-5602 SBA
    Related Case No. C 06-06662 SBA

**ORDER**

[Docket No. 30]

    Defendant St. Joseph Health System filed a Motion to Confirm State Court Order Bifurcating Alter Ego Claims, Motion to Stay Discovery, on April 25, 2008, with a hearing set for June 10, 2008. *See* Docket No. 30. On May 15, 2008, the Court entered a stipulated order dismissing with prejudice defendant St. Joseph Health System. *See* Docket No. 35. As such, the Court DENIES defendant's motion as moot.

    IT IS SO ORDERED.

June 9, 2008

                                            Saundra Brown Armstrong
                                            United States District Judge