Fabrice N. Vincent (State Bar No. 160780)
Kent L. Klaudt (State Bar No. 183903)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
e-mail:  fvincent@lchb.com
e-mail:  kklaudt@lchb.com

Attorneys for Plaintiff Allen Faron

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLEN FARON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ST. JOSEPH HOSPITAL; ST. JOSEPH HEALTH SYSTEM; KEVIN MOLANDER, M.D.; JOHN KELSEY, M.D.; RONALD CORDOVA, M.D.; and UNITED STATES OF AMERICA; inclusive,<br><br>　　　　　　Defendants. | CASE NO.  C-07-5602 SBA (related to C 06-06662 SBA)<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE FACTUAL AND EXPERT DISCOVERY** |

The parties, by and through their attorneys, request that the deadline to complete factual discovery in this case be extended from July 28, 2008 to August 22, 2008 and that the deadline for expert disclosures be extended from August 11, 2008 to September 8, 2008.  Expert discovery will be completed no later than October 31, 2008 with rebuttal experts disclosed no later than September 29, 2008.  The trial and pre-trial dates will remain the same.

///

///

///

The extension is requested because plaintiff Allen Faron has been recently hospitalized.

Dated: July 9, 2008      Respectfully submitted,

By: _____/s/_____
         Kent Klaudt

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

*Attorneys for Plaintiff Allen Faron*

Dated: July 9, 2008      By: _____/s/_____
         Andrew Y.S. Cheng

UNITED STATES ATTORNEY'S OFFICE
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

*Attorneys for Defendant United States of America*

Dated: July 9, 2008      By: _____/s/_____
         Nancy K. Delaney

MITCHELL, BRISSO, DELANEY & VRIEZE
NANCY K. DELANEY
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

*Attorney for St. Joseph's Hospital*

Dated: July 9, 2008      By: _____/s/_____
         Joseph E. Finkel

GALLOWAY, LUCCHESE, EVERSON & PICCHI, APC
G. PATRICK GALLOWAY
JOSEPH E. FINKEL
1676 No. California Blvd., Suite 500
Walnut Creek, CA 94596-4183

*Attorney for Defendants Ronald Cordova, Kevin Molander, and John Kelsey*

**ORDER**

The Court, having considered the stipulation of the parties, hereby extends the deadline to complete factual discovery to August 22, 2008, expert disclosures to September 8, 2008, rebuttal expert disclosures to September 29, 2008, and expert discovery to October 31, 2008.

All other dates will remain the same.

It is so ordered.

7/9/08

_____
SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT JUDGE