1  JOSEPH P. RUSSONIELLO (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ANDREW Y.S. CHENG (CSBN 164613)
   Assistant United States Attorney
4  VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorney

   450 Golden Gate Avenue, 9TH Floor
   San Francisco, California 94102-3495
   Telephone: (415) 436-7181
   Fax: (415) 436-6748
   Email:    victoria.carradero@usdoj.gov

   Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ALLEN FARON, | ) | Case No. C 07-5602 SBA |
|---|---|---|
| Plaintiff, | ) | NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT UNITED STATES OF AMERICA |
| v. | ) | |
| ST. JOSEPH HEALTH SYSTEM, UNITED STATES OF AMERICA, ET AL. | ) | |
| Defendants. | ) | |

NOTICE OF ASSOCIATION- Case No. C 07-5602 SBA

1  TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:
3  PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of
4  Victoria R. Carradero, Assistant United States Attorney, in this case.  The Clerk is requested to
5  change the docket sheet and other Court records so as to reflect that all Orders and
6  communications from the Court will in the future also be directed to AUSA Victoria R.
7  Carradero at the above mailing address, telephone number, and facsimile number.  Ms.
8  Carradero's e-mail address is victoria.carradero@usdoj.gov.
9  Please also take notice that, from the date of this request, service on Defendant United
10 States of America should be made on both AUSAs Andrew Cheng and Ms. Carradero.  Please
11 amend your service lists accordingly.
12
13 DATED: July 10, 2008                                    Respectfully submitted,
14                                                        JOSEPH P. RUSSONIELLO
                                                         United States Attorney
15
16                                                        _____/s/_____
                                                         VICTORIA R. CARRADERO
17                                                        Assistant United States Attorney

NOTICE OF ASSOCIATION- Case No. C 07-5602 SBA
1