Fabrice N. Vincent (State Bar No. 160780)
Kent L. Klaudt (State Bar No. 183903)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
e-mail:  fvincent@lchb.com
e-mail:  kklaudt@lchb.com

Attorneys for Plaintiff Allen Faron

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLEN FARON,<br><br>                    Plaintiff,<br><br>         v.<br><br>ST. JOSEPH HOSPITAL; ST. JOSEPH HEALTH SYSTEM; KEVIN MOLANDER, M.D.; JOHN KELSEY, M.D.; RONALD CORDOVA, M.D.; and UNITED STATES OF AMERICA; inclusive,<br><br>                    Defendants. | CASE NO.  CGC-07-5602 SBA (related to C 06-06662 SBA)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE FACTUAL AND EXPERT DISCOVERY** |

The parties engaged in a fruitful mediation on July 22, 2008.  Plaintiff submitted a global settlement demand, and the five co-defendants are in the process of coordinating their response. The parties are scheduled for a mandatory settlement conference with Magistrate Judge Maria-Elena James on September 16, 2008.  In light of the pending settlement negotiations, the parties by and through their attorneys, request that the deadline to complete factual discovery in this case be extended from August 22, 2008 to September 26, 2008 and that the deadline for expert disclosures be extended from September 8, 2008 to October 10, 2008.  Expert discovery will be completed no later than November 21, 2008 with rebuttal experts disclosed no later than October

24, 2008.  The trial and pre-trial dates will remain the same.

The parties believe that the brief extension will facilitate settlement.

Dated: July 30, 2008          Respectfully submitted,

By:_____/s/_____
           Kent Klaudt

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339

*Attorneys for Plaintiff Allen Faron*

Dated: July 30, 2008          By:_____/s/_____
           Andrew Y.S. Cheng

UNITED STATES ATTORNEY'S OFFICE
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA  94102

*Attorneys for Defendant United States of America*

Dated: July 30, 2008          By:_____/s/_____
           Nancy K. Delaney

MITCHELL, BRISSO, DELANEY & VRIEZE
NANCY K. DELANEY
814 Seventh Street
P.O. Drawer 1008
Eureka, CA  95502

*Attorney for St. Joseph's Hospital*

Dated: July 30, 2008          By:_____/s/_____
           Joseph E. Finkel

GALLOWAY, LUCCHESE, EVERSON & PICCHI, APC
G. PATRICK GALLOWAY
JOSEPH E. FINKEL
1676 No. California Blvd., Suite 500
Walnut Creek, CA  94596-4183

*Attorney for Defendants Ronald Cordova, Kevin Molander, and John Kelsey*

**ORDER**

The Court, having considered the stipulation of the parties, hereby extends the deadline to complete factual discovery to September 26, 2008, expert disclosures to October 10, 2008, rebuttal expert disclosures to October 24, 2008, and expert discovery to November 21, 2008.

All other dates will remain the same.

It is so ordered.

_____
SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT JUDGE