G. PATRICK GALLOWAY, ESQ. (State Bar No. 49442)
JOSEPH E. FINKEL, ESQ. (State Bar No. 167397)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: jfinkel@glattys.com

Attorneys for Defendants
KEVIN MOLANDER, M.D., RONALD CORDOVA, M.D. and JOHN KELSEY, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLEN FARON and NANCY FARON, | Case No. 4:07-CV-05602-SBA |
| Plaintiff, | Hon. Saundra B. Armstrong |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINES TO COMPLETE EXPERT DISCOVERY** |
| ST. JOSEPH HOSPITAL; ST. JOSEPH HEALTH SYSTEM; EUREKA COMMUNITY HEALTH CENTER; KEVIN MOLANDER, M.D.; JOHN KELSEY, M.D.; RONALD CORDOVA, M.D.; and DOES 1 THROUGH 50, inclusive, | |
| Defendants. | |

In light of plaintiff Allen Faron's hospitalizations of May 2008 and September 2008, and the need for experts to review records related to these most recent hospitalizations, the parties, by and through their attorneys, hereby stipulate and request that the deadlines to complete expert discovery be extended as follows:

1. The deadline for expert disclosures shall be extended from October 10, 2008 until November 10, 2008.

2. The deadline for disclosure of rebuttal experts shall be extended from October 24, 2008 to no later than December 10, 2008.

//

//

//

1

**4:07-CV-05602-SBA: STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO COMPLETE EXPERT DISCOVERY**

200-7842/JEF/380947.doc

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

3. The deadline for completion of expert discovery shall be extended from November 21, 2008 until December 22, 2008.

The deadline to complete factual discovery remains the same. The parties believe that this extension will help facilitate a possible mediated settlement.

Dated: September 15, 2008          Respectfully submitted,


By: _____/s/_____
Fabrice Vincent

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
FABRICE N. VINCENT/KENT L. KLAUDT
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
*Attorneys for Plaintiff Allen Faron*


Dated: September 15, 2008          By:_____/s/_____
Andrew Y.S. Cheng

UNITED STATES ATTORNEY'S OFFICE
ANDREW Y. S. CHENG
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA  94102
*Attorneys for Defendant United States of America (Eureka Community Health Center)*


Dated: September 15, 2008          By:_____/s/_____
Nancy K. Delaney

MITCHELL, BRISSO, DELANEY & VRIEZE
NANCY K. DELANEY
814 Seventh Street
P.O. Drawer 1008
Eureka, CA  95502
*Attorney for Defendant St. Joseph's Hospital*

//

//

//

//

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2

**4:07-CV-05602-SBA:  STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO COMPLETE EXPERT DISCOVERY**

200-7842/JEF/380947.doc

Dated: September 15, 2008          By:_____/s/_____
                                              Joseph E. Finkel

GALLOWAY, LUCCHESE, EVERSON & PICCHI, APC
G. PATRICK GALLOWAY/JOSEPH E. FINKEL
1676 No. California Blvd., Suite 500
Walnut Creek, CA  94596-4183
*Attorneys for Defendants Ronald Cordova, Kevin Molander, and John Kelsey*

## ORDER

The Court, having considered the stipulation of the parties, hereby extends the deadlines to complete expert disclosures to November 10, 2008, rebuttal expert disclosures to December 10, 2008, and expert discovery to December 22, 2008.

All other dates will remain the same.

**IT IS SO ORDERED**.

9/18/08

_____
SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT JUDGE

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

3

**4:07-CV-05602-SBA:  STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO COMPLETE EXPERT DISCOVERY**

200-7842/JEF/380947.doc

**PROOF OF SERVICE BY MAIL – C.C.P. §§1013(A), 2015.5**

I declare under penalty of perjury that:

I am a citizen of the United States and am employed in the County of Contra Costa. I am over the age of eighteen years and not a party to the within action. My business address is 1676 North California Boulevard, Suite 500, Walnut Creek, CA 94596-4183. On September 15, 2008, I served the within **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO COMPLETE EXPERT DISCOVERY** on the parties in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at Walnut Creek, California, addressed as follows:

| | |
|---|---|
| Fabrice N. Vincent, Esq.<br>Kent L. Klaudt, Esq.<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | Counsel for Plaintiffs |
| Nancy K. Delaney, Esq.<br>Mitchell, Brisso, Delaney & Vrieze<br>814 Seventh Street<br>P. O. Drawer 1008<br>Eureka, CA 95502 | Counsel for Defendant St. Joseph Hospital |
| Andrew Y.S. Cheng<br>Joann M. Swanson<br>Joseph P. Russoniello, Esq.<br>United States Attorney's Office<br>450 Golden Gate Ave., 9th Flr.<br>San Francisco, CA 94102 | Counsel for Def. Eureka Community Health Center |

Executed on September 15, 2008 at Walnut Creek, California.

/s/
Donna M. Anderson

---

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

4

**4:07-CV-05602-SBA:  STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO COMPLETE EXPERT DISCOVERY**

200-7842/JEF/380947.doc