

**GALLOWAY LUCCHESE**
Everson & Picchi
A Professional Corporation

P 925.930.9090
F 925.930.9035

1676 North California Blvd. Suite 500
Walnut Creek, CA 94596

www.glattys.com

JOSEPH E. FINKEL, ESQ.
JFINKEL@GLATTYS.COM

October 13, 2008

**VIA FACSIMILE & U.S. MAIL**

The Honorable Maria-Elena James
United States Magistrate Judge
United States District Court, Northern District - San Francisco
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102-3483

Re: **Faron v. Cordova**
**USDC/Northern District County Case No. 4:07-cv-05602-SBA**

Dear Magistrate Judge James:

This office represents Kevin Molander, M.D., Ronald Cordova, M.D. and John Kelsey, M.D. in the above-referenced action. We have been notified that the Court would like to conduct a Mandatory Settlement Conference (MSC) on November 7, 2008. I am writing on behalf of Drs. Cordova, Kelsey and Molander to request that their personal attendance at the MSC be excused and they be allowed to attend the MSC by telephone.

Dr. Cordova has a pre-planned vacation during the time the MSC is to take place.

Dr. Kelsey is one of only a handful of Emergency Room Physicians practicing at St. Joseph Hospital in Eureka serving a wide number of patients in Humboldt County. With his associate, Dr. Cordova, away on vacation on November 7th, scheduling to cover Dr. Kelsey's shift would create a hardship for the remaining Emergency Room doctor practicing at St. Joseph Hospital.

Finally, Dr. Molander now practices in Washington and his personal attendance at the MSC will present a hardship on his practice. Many planned patient visits will have to be cancelled if he is forced to travel to San Francisco on relatively short notice and his staff would be forced to take two days off in his absence without pay.

Drs. Cordova, Kelsey and Cordova have confirmed that they can be available by telephone during the MSC, if that is acceptable to the Court.

Please let us know at your earliest convenience if Drs. Cordova, Kelsey and Cordova may be excused from a personal appearance at the MSC.

Very truly yours,

**GALLOWAY, LUCCHESE, EVERSON & PICCHI**

By: Joseph E. Finkel, Esq.

JEF:dma

cc: All Counsel

*GRANTED — Judge Maria-Elena James* (United States District Court, Northern District of California seal)

208-7842/JEF/383373.doc