**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALLEN FARON, | No. C 07-5602 SBA |
| Plaintiff, | Related Case No. C 06-06662 SBA |
| v. | **ORDER** |
| ST. JOSEPH HOSPITAL, *et al.*, | [Docket No. 75] |
| Defendants. | |

On November 12, 2008, the parties having settled, the Court conditionally dismissed this matter on a 90-day cycle. *See* Docket No. 74. On December 1, 2008, plaintiff and defendant United States of America filed a Settlement Agreement and [Proposed] Order Approving Settlement. *See* Docket No. 75. Paragraph 11 of the agreement requires the Court to retain jurisdiction over disputes regarding the agreement. *Id.* ¶ 11. The Court advised the parties it would not retain jurisdiction over these disputes, unless the parties agreed to consent to appear before a magistrate judge. In response, the parties agreed the Court could approve the agreement subject to striking paragraph 11. *See* Docket No. 76. As such, the Court STRIKES paragraph 11 of the agreement, but otherwise APPROVES the agreement.

IT IS SO ORDERED.

December 8, 2008

Saundra Brown Armstrong
United States District Judge